# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142833

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DEPARTMENT OF COMMUNITY HEALTH,
      Petitioner-Appellee,

v

JOSEPH EDWIN OESTERLING, M.D.,
      Respondent-Appellant.
_____/

SC: 142833
COA: 299698
Board of Medicine: 2006-000253

      On order of the Court, the application for leave to appeal the February 15, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011                            Clerk

y0620